IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

WAYNE A. MILLER

_____/

INDICTMENT

4:24 cr 16-AW

THE GRAND JURY CHARGES:

## COUNT ONE

On or about February 18, 2024, in the Northern District of Florida, the defendant,

**WAYNE A. MILLER,**

did knowingly and willfully forcibly assault, resist, oppose, impede, and interfere with B.J.L., an officer and employee of the United States Government, while B.J.L. was engaged in the performance of her official duties, and such act involved physical contact with B.J.L., and in the commission of such act, the defendant inflicted bodily injury on B.J.L.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT TWO

On or about February 18, 2024, in the Northern District of Florida, the defendant,

**WAYNE A. MILLER,**



being an inmate of a prison, the Federal Detention Center at Tallahassee, Florida, did knowingly make, possess, and obtain a prohibited object, as defined in Title 18, United States Code, Section 1791(d)(1)(B), to wit, a sharpened plastic object, which was intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3).

A TRUE BILL:

Redacted

April 2, 2024
DATE

_____
JASON R. COODY
United States Attorney

_____
ANDREW J. GROGAN
Assistant United States Attorney