# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – INITIAL APPEARANCE

**Case #:** 4:24cr16 AW/ML      **Time Commenced:** 1:56 p.m.
**Date:** 7/18/2024      **Time Concluded:** 2:00 p.m.

**DOCKET ENTRY:** INITIAL APPEARANCE

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Philip Minafield | GNV DCR 2024 | Andrew Grogan | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A. v. (Defendants listed below)**      **Attorneys for Defendant:**

**(1) WAYNE A. MILLER**      **(1) DARREN JOHNSON, FPD**
__X__ present __X__ custody ____ bond ____ O/R      __X__ present __X__ appointed ____ retained ____ pro bono

____ Government's Ore Tenus motion to unseal Indictment/Information, granted
__x__ Defendant advised that he/she is before a U.S. Magistrate Judge
__x__ Defendant advised of charges, penalties and fines
__x__ Defendant advised of right to remain silent and consult with an attorney before making any statement
__x__ Defendant advised of right to hire counsel or have counsel appointed
__x__ Defendant executed a CJA Form 23
__x__ Defendant questioned regarding financial status
__x__ Federal Public Defender appointed
____ CJA attorney _____ appointed for today only
____ Defendant financially able to employ counsel
__x__ Government advised of Brady Disclosure Requirements
____ Defendant advised of right to a PRELIMINARY HEARING
____ Defendant waives Preliminary Hearing
____ Defendant waives Indictment
____ Preliminary Hearing held ____ scheduled for:_____
__x__ Government does/ ____ does not move for detention
____ Detention hearing held
__x__ Detention hearing waived without prejudice
____ Detention hearing set for _____ before Magistrate Judge Midori Lowry
____ Defendant released on bond pending trial
____ Bond set: $_____ unsecured bond (see order setting conditions of release)
__x__ Defendant remanded to custody of USM pending trial
__x__ Trial set for: 9/11/2023 at 8:30 a.m. before the Honorable Judge Allen Winsor

**Initials of Deputy Clerk:** atm