IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 4:24cr16 AW/MAF

WAYNE A. MILLER
_____/

## CONSENT TO INITIAL APPEARANCE BY VIDEO

Defendant is hereby advised that in order to proceed with his initial appearance in this criminal case more quickly and conveniently, he may consent to have his initial appearance conducted by video, which is permitted by Fed. R. Crim. P. 5(f). Defendant will appear in the Courtroom represented by his attorney, and the magistrate judge will appear by video from another location. Defendant will retain all of the rights at the video hearing that he would have at an in-person hearing. However, pursuant to Fed. R. Crim. P. 5(f), Defendant must consent to this procedure. If he does not consent, there will be no negative impact for him or his case, and alternative arrangements for his initial appearance in-person will be made.

*Defendant's printed name*

Wayne A Miller

_____
Signature of Defendant

_____
Signature of Defendant's attorney(s)

Darren Johnson                              Date: 7/18/2024